UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CROW ALLOTTEES ASSOCIATION, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA WATER COURT CHIEF, JUDGE RUSSELL MCELYA AND ASSOCIATE WATER JUDGE DOUGLAS RITTER ,<br><br>Defendant. | Case No. CV-14-62 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED The Clerk of Court shall close this case and enter judgment against the Crow Allottees .

Dated this 27th day of July, 2015.

TYLER P. GILMAN, CLERK

By: /s/ E. Hamnes
E. Hamnes , Deputy Clerk